```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                      CRIMINAL NO. 2:23-00014-03

BRITTANY KING

## MEMORANDUM OPINION AND ORDER

In Charleston, on August 29, 2023, came the defendant Brittany King, in person and by counsel, Rachel Zimarowski, Assistant Federal Public Defender, and came the United States by Andrew D. Isabell, Assistant United States Attorney, for the purpose of considering the defendant's plea of guilty.

At the hearing the defendant moved to continue the plea hearing. The motion was GRANTED and the plea hearing is rescheduled for October 2, 2023, at 3:30 p.m. in Charleston.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this court.

**IT IS SO ORDERED** this 30th day of August, 2023.

ENTER:

David A. Faber
Senior United States District Judge